```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              NOV - 3 2008

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GILES,<br><br>   Plaintiff,<br><br>  v.<br><br>GRUNDLAND, et al.,<br><br>   Defendants. | CASE NO. CV 07-2875-MMM (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: _October 30, 2008_.


                _/s/ Margaret M. Morrow_
                MARGARET M. MORROW
                UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\GILES, D 2875\Order accep r&r.wpd