UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GILES, | Case No. CV 07-2875-MMM (PJW) |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| GRUNDLAND, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _October 30, 2008_.

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\GILES, D 2875\Judgment.wpd